IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CV-00054-D

| | |
|---|---|
| MIRANDA L. MARSHALL and DAVID E. MARSHALL, ) ) ) | |
| Plaintiffs, ) ) | **ORDER GRANTING JOINT MOTION FOR** |
| v. ) ) | **TEMPORARY STAY OF PROCEEDINGS** |
| AUTO-OWNERS INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

**THIS CAUSE** coming before the Court upon the Joint Motion for Temporary Stay of Proceedings filed herein by the Plaintiffs and the Defendant on May 10, 2017, and the Court, having reviewed the joint motion and otherwise considered the premises, finds and concludes that good cause exists for granting the requested relief.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the parties' Joint Motion for Temporary Stay of Proceedings shall be, and hereby is, **GRANTED**, and all proceedings in this action, including the Defendants' deadline for answering the Plaintiffs' Complaint, are hereby stayed until October 1, 2017, subject to either party moving the Court to end the stay prior to that date for good cause shown.

SO ORDERED. This 20 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge